UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | 1:05-CV-00153-AWI-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT (DOCUMENT #7) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 16, 2005, petitioner filed a motion for an extension of time in which to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 18, 2005.

IT IS SO ORDERED.

**Dated:   August 12, 2005**          **/s/  William M. Wunderlich**
bl0dc4                                                  UNITED STATES MAGISTRATE JUDGE